**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**SHAWN D. ARNOLD,**

    Petitioner,

        **CASE NO.**    **3:10-cv-095**

**-vs-**

    **District Judge Timothy S. Black**
    **Magistrate Judge Michael J. Newman**

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTED** the Report and Recommendations of the Magistrate Judge (Doc. 9); **DISMISSED** the Petition with prejudice; **CERTIFIED** that pursuant to 28 U.S.C. § 1915 (a)(3), an appeal of this Order would not be taken in good faith; and that the case be **TERMINATED**.

Date:  November 15, 2011        **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                  Deputy Clerk